AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

ILYA CHEMAKIN

v.

MICHAEL CHERTOFF; EMILIO GONZALEZ;
MARY ANN GANTNER; ROBERT MUELLER

**SUMMONS IN A CIVIL ACTION**

JUDGE PRESKA

CASE NUMBER:

## 07 CV 11129

TO: (Name and address of Defendant)

United States Attorney for the Southern District of New York
Civil Division
86 Chambers Street, Fourth Floor
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin W. Jones
Jones, Casado LLP
225 Broadway, Ste. 1901
New York, New York 10007

2007 DEC 10 PM 3:20
DISTRICT DIRECTOR
NEW YORK
RECEIVED
USDIS/SDNY

an answer to the complaint which is served on you with this summons, within _____ Thirty (30) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

COPY RECEIVED
DEC 10 2007
U.S. ATTORNEYS SD.

**FILE COPY**

J. MICHAEL McMAHON

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CHEMAKIN, ILYA

07 CV 11129  Filed No:

Petitioner,

Alien no. 076 153 518

v.

**PETITION FOR HEARING
ON NATURALIZATION
APPLICATION**

MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security; EMILIO GONZALEZ,
Director of United States Citizenship and Immigration
Services; MARY ANN GANTNER, New York
District Director, United States Citizenship and
Immigration Services; ROBERT S. MUELLER,
Director of the Federal Bureau Of Investigations



RECEIVED
DEC 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Defendants.

-------------------------------------------------------X

COMES NOW Plaintiff, ILYA CHEMAKIN ("Mr. Chemakin"), through counsel

Kevin W. Jones, Esq., and for cause of action would show unto the Court the following:

<u>INTRODUCTION</u>

1.    On February 17, 2005 Plaintiff, a lawful permanent resident of the United

States, filed an Application for Naturalization (Form "N-400") with the Vermont Service

Center of United States Citizenship and Immigration Services (the "USCIS"). By this

application he sought to become a naturalized citizen of the United States pursuant to

Section 316 of the Immigration and Nationality Act (the "INA"); 8 USC § 1427. An

officer of the USCIS (District Adjudications Officer Gabin) interviewed Plaintiff in

connection with his application on November 3, 2005. Despite the fact that more than

two years have elapsed since that interview, Plaintiff's application remains pending.

## JURISDICTION

2.     This Court has jurisdiction over this action pursuant to INA § 336(b); 8 USC § 1447(b). (Where there is a failure to complete the statutorily required investigation of an applicant for naturalization within 120 days of that applicant's naturalization examination, the applicant enjoys the right to a hearing on his or her application in the United States District Court.) Plaintiff seeks relief in this Court pursuant to said statute because more than 120 days have elapsed since Defendant USCIS conducted his naturalization examination.

## PARTIES

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (the "DHS") and this action is brought against him in his official capacity. He is generally charged with enforcement of the INA and is further authorized to delegate such powers and authority to subordinate employees of the DHS.

4.     Defendant Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Services (the "USCIS"), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. He is generally charged with the overall administration of the benefits and immigration services. See Section 100.2(a) of Part 8 of the Code of Federal Regulations (The "CFR").

5.     Defendant Mary Ann Gantner is the District Director of the New York District of USCIS. In this capacity she is the USCIS official generally charged with supervisory authority over the operations of the USCIS within the New York District with certain specific exceptions not relevant here. 8 CFR § 100(d)(2)(ii). As will be

shown, Defendant Gantner is the official with whom Plaintiff's naturalization application remains pending.

6.      Defendant Robert S. Mueller is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. governmental agencies, including the DHS. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's application.

### VENUE

7.      Venue is proper in this Court pursuant to 8 USC § 1447(b), in that Plaintiff may request a hearing on his naturalization application with the District Court where Plaintiff resides. Plaintiff resides in the Bronx, New York and thus venue properly lies with this Court.

### CAUSE OF ACTION

8.      Plaintiff is a citizen and national of Russia. On July 19, 1999 he became a lawful permanent resident of the United States. A copy of Plaintiff's alien registration card is annexed hereto as **EXHIBIT A.**

10.     On or about February 15, 2005 Plaintiff filed an Application for Naturalization on Form N-400 with the Vermont Service Center of United States Citizenship and Immigration Services ("USCIS"). A copy of Plaintiff's application is annexed hereto as **EXHIBIT B.** The Vermont Service Center received Plaintiff's application on February 17, 2005. By this application he sought naturalization pursuant to Section 316 of the Immigration and Nationality Act (the "INA"); 8 USC § 1427. (Requiring, generally, that an alien have five years continuous residence in the United States since becoming a lawful permanent resident, be a person of good moral character

during that five year statutory period, pass examinations on U.S. history/civics and basic English literacy and demonstrate an attachment to the U.S. Constitution.) A copy of a Notice of Action (Form "I-797C") issued to Plaintiff by the Vermont Service Center indicating receipt of his N-400 is annexed hereto as **EXHIBIT C.**

11. On November 3, 2005 Plaintiff appeared at the USCIS offices located at 26 Federal Plaza in New York, New York for an interview in connection with his N-400. A copy of the appointment notice that USCIS issued to Plaintiff is annexed hereto as **EXHIBIT D.** District Adjudication Officer A. Gabin interviewed Plaintiff. Plaintiff passed the English and U.S. history/civics examinations. At the conclusion of the interview Officer Gabin issued Plaintiff a written request (Form "N-14") indicating that Plaintiff had passed the requisite examinations and requesting that he provide further evidence in the form of (i) proof Plaintiff was meeting his child support obligations; and (ii) an original disposition from the New York City Transit Adjudication Bureau regarding an open container violation Plaintiff incurred on February 9, 2000. A copy of the N-14 is annexed hereto as **EXHIBIT E.**

12. On November 10, 2005 Plaintiff served Officer Gabin with both requested items. Copies of Plaintiff's cover letter, notarized letter from Plaintiff's former spouse and letter from New York City Transit Bureau are attached as **EXHIBIT F.** Also see **EXHIBIT E** bearing receipt stamp dated November 10, 2005.

13. On March 8, 2006 Plaintiff appeared at the USCIS offices at 26 Federal Plaza to inquire into the status of his N-400. There, an employee of Defendant Gantner hand delivered a letter to Plaintiff stating that his N-400 was pending for "security"

checks." Copies of Plaintiff's appointment and the letter he received, both dated March 8, 2006, are annexed hereto as **EXHIBIT G.**

14.    Plaintiff again appeared at the USCIS offices at 26 Federal Plaza on May 24, 2006 to inquire into the status of his N-400. Again, an employee of Defendant Gantner issued Plaintiff a letter stating his N-400 was pending for security checks. A copy of the letter, dated May 24, 2006, is annexed hereto as **EXHIBIT H.**

15.    On May 29, 2006 Plaintiff sent a letter via certified mail to the USCIS offices notifying the agency that its records reflected an incorrect spelling of his surname. Specifically, the USCIS records had Plaintiff's name spelled as "CHAMAKIN" whereas the correct spelling, as Plaintiff listed on the N-400 and all other correspondence related to that application, is "CHEMAKIN." In this letter Plaintiff also again inquired into the status of his N-400. A copy of Plaintiff's letter and certified mail receipt for the same are annexed hereto as **EXHIBIT I.** Plaintiff received no response to this letter.

16.    Plaintiff meets all the eligibility requirements for naturalization. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

17.    More than 120 days have elapsed since Defendants employee conducted Plaintiff's naturalization examination. Plaintiff is therefore entitled to a hearing on his application before this Court pursuant to INA § 336(b), 8 USC § 1447(b).

## PRAYER

18.    WHEREFORE, Plaintiff, in light of the facts and authority set forth above, respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, this Court enter an order adjudicating his naturalization application. In the

alternative, Plaintiff requests that this Court remand his naturalization application to Defendants with an order to immediately adjudicate the same.

Dated: December 10, 2007

Respectfully submitted,

Kevin W. Jones, Esq.
Jones, Casado LLP
225 Broadway, Ste. 1901
New York, New York 10007
Telephone:    (212) 766-9696
Facsimile:    (212) 766-2298

# VERIFICATION

STATE OF NEW YORK        ))
                         ))  SS:     **JEAN C. NARANJO**
                                     Notary Public, State of New York
                                     No. 01NA6016004
COUNTY OF NEW YORK       ))          Qualified in Suffolk County
                                     Commission Expires Nov. 09, 2010

     Ilya Chemakin, being duly sworn according to the law, deposes and says: I am the Plaintiff in the Matter of Ilya Chemakin v. Michael Chertoff, et. al. I have read the foregoing Petition for Hearing on Naturalization Application and know the contents thereof which are true to my own knowledge except as to those matters therein stated to be alleged upon information and belief and as to those matters I believe to be true.


_____
Ilya Chemakin


Sworn to before me this  _10_  day of December, 2007

_____
Notary Public

## LIST OF ATTACHMENTS

| | |
|---|---|
| EXHIBIT A | Copy of Plaintiff's alien registration card |
| EXHIBIT B | Copy of Plaintiff's Application for Naturalization (Form N-400) |
| EXHIBIT C | Copy Notice of Action (Form I-797C) indicating receipt of Plaintiff's N-400 |
| EXHIBIT D | Copy of Form I-797C scheduling Plaintiff for interview in connection with his N-400 |
| EXHIBIT E | Copy of Form N-14 |
| EXHIBIT F | Copy of Plaintiff's cover letter to USCIS with attachments |
| EXHIBIT G | Copies of notice for Plaintiff's his March 8, 2006 appointment to inquire into status of his N-400 and letter, dated March 8, 2006, from USCIS to Plaintiff |
| EXHIBIT H | Copy of letter, dated May 24, 2006, from USCIS to Plaintiff |
| EXHIBIT I | Copy of Plaintiff's letter to USCIS dated May 29, 2006 along with certified mail receipt |

# EXHIBIT A

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service
PERMANENT RESIDENT CARD

PERMANENT RESIDENT CARD
NAME CHEMAKIN, ILYA
INS A# 076-153-518
Birthdate 11/19/68
Sex M
Country of Birth Russia
CARD EXPIRES 09/23/09
Resident Since 07/19/99
C1USA0761535181EAC9918653040<<
6811196M0909239RUS<<<<<<<<<<<2
CHEMAKIN<<ILYA<<<<<<<<<<<<<<<<

# EXHIBIT B

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

---

**Part 1. Your Name** *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A 0 7 6 1 5 3 5 1 8

A. Your current legal name.

Family Name *(Last Name)*
CHEMAKIN

Given Name *(First Name)*
ILYA

Full Middle Name *(If applicable)*

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*
CHEMAKIN

Given Name *(First Name)*
ILYA

Full Middle Name *(If applicable)*

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |

D. Name change (optional)

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   [ ] Yes   [✓] No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

**FOR INS USE ONLY**

Bar Code                    Date Stamp

Remarks

Action

---

**Part 2. Information About Your Eligibility** *(Check Only One)*

I am at least 18 years old AND

A. [✓] I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. [ ] I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. [ ] I am applying on the basis of qualifying military service.

D. [ ] Other *(Please explain)* _____

Form N-400 (Rev. 07/23/02)N

---

| Part 3.  Information About You | Write your INS "A"- number here: |
|---|---|
| | A 0 7 6 1 5 3 5 1 8 |

**A. Social Security Number**  0 9 5 - 8 0 - 1 2 8 7

**B. Date of Birth** *(Month/Day/Year)*  1 1 / 1 9 / 1 9 6 8

**C. Date You Became a Permanent Resident** *(Month/Day/Year)*  0 7 / 1 9 / 1 9 9 9

**D. Country of Birth**  RUSSIA

**E. Country of Nationality**  RUSSIA

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes   ☑ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes   ☑ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes   ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

---

| Part 4.  Addresses and Telephone Numbers |
|---|

**A. Home Address - Street Number and Name** *(Do NOT write a P.O. Box in this space)*  3935 BLACKSTONE AVE

**Apartment Number**  8J

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| BRONX | | NY | 10471 | USA |

**B. Care of** _____

**Mailing Address - Street Number and Name** *(If different from home address)* _____

**Apartment Number** _____

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

**C. Daytime Phone Number** *(If any)*  ( 212  ) 617-1527

**Evening Phone Number** *(If any)*  ( 917  ) 328-2944

**E-mail Address** *(If any)*  ICHEMAKIN@BLOOMBERG.NET

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A 0 7 6 1 5 3 5 1 8 |

Note: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☑ Male ☐ Female

**B. Height**

6 Feet 2.0 Inches

**C. Weight**

185.0 Pounds

**D. Are you Hispanic or Latino?** ☐ Yes ☑ No

**E. Race** *(Select one or more.)*

☑ White ☐ Asian ☐ Black or African American ☐ American Indian or Alaskan Native ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black ☑ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

**G. Eye color**

☐ Brown ☑ Blue ☐ Green ☐ Hazel ☐ Gray ☐ Black ☐ Pink ☐ Maroon ☐ Other

| Part 6. Information About Your Residence and Employment |
|---|

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 0 7 / 2 0 0 4 | Present |
| 235 SEAMAN AVE, #5C, NEW YORK, NY 10034 | 0 4 / 2 0 0 1 | 0 6 / 2 0 0 4 |
| 570 FORT WASHINGTON AVE, #22B, NEW YORK, NY 10033 | 1 1 / 1 9 9 7 | 0 3 / 2 0 0 1 |
| | __/____ | __/____ |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| BLOOMBERG LP | 499 PARK AVE NEW YORK, NY 10022 | 0 5 / 1 9 9 6 | present __/____ | INFO. TECH. PROFESSIONAL |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |
| | | __/____ | __/____ | |

| Part 7.  Time Outside the United States *(Including Trips to Canada, Mexico, and the Caribbean Islands)* | Write your INS "A"- number here: A 0 7 6 1 5 3 5 1 8 |
|---|---|

A.  How many total days did you spend outside of the United States during the past 5 years?   **52** days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?   **7** trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States *(Month/Day/Year)* | Date You Returned to the United States *(Month/Day/Year)* | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 1 1/1 3/2 0 0 4 | 1 1/2 0/2 0 0 4 | ☐ Yes ☑ No | ST. BARTH, ST. MAARTEN | 8 |
| 0 7/0 4/2 0 0 3 | 0 7/1 3/2 0 0 3 | ☐ Yes ☑ No | CANADA | 10 |
| 1 1/2 8/2 0 0 2 | 1 2/0 7/2 0 0 2 | ☐ Yes ☑ No | COSTA RICA | 10 |
| 1 2/2 8/2 0 0 1 | 0 1/0 1/2 0 0 2 | ☐ Yes ☑ No | CANADA | 5 |
| 0 1/1 5/2 0 0 1 | 0 1/2 2/2 0 0 1 | ☐ Yes ☑ No | MEXICO | 7 |
| 0 9/0 1/2 0 0 0 | 0 9/0 6/2 0 0 0 | ☐ Yes ☑ No | ENGLAND | 5 |
| 0 2/1 3/2 0 0 0 | 0 2/2 0/2 0 0 0 | ☐ Yes ☑ No | CANADA | 7 |
| __/__/____ | __/__/____ | ☐ Yes ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes ☐ No | | |
| __/__/____ | __/__/____ | ☐ Yes ☐ No | | |

## Part 8.  Information About Your Marital History

A. How many times have you been married (including annulled marriages)?   **1**   If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

**1. Spouse's Family Name *(Last Name)***
CHEMAKIN

**Given Name *(First Name)***
NATALIE

**Full Middle Name *(If applicable)***

**2. Date of Birth *(Month/Day/Year)***
0 4/2 3/1 9 6 8

**3. Date of Marriage *(Month/Day/Year)***
0 7/0 5/1 9 9 0

**4. Spouse's Social Security Number**
1 2 0-8 0-4 2 5 8

**5. Home Address - Street Number and Name**
57 PARK TERRACE EAST

**Apartment Number**
B75

**City**
NEW YORK

**State**
NY

**ZIP Code**
10034

| **Part 8. Information About Your Marital History** *(Continued)* | Write your INS "A"- number here:<br>A 0 7 6 1 5 3 5 1 8 |
|---|---|

C. Is your spouse a U.S. citizen?     ☐ Yes     ☑ No

D. If your spouse is a U.S. citizen, give the following information:

   1. When did your spouse become a U.S. citizen?          ☐ At Birth     ☐ Other

      If "Other," give the following information:

   | 2. Date your spouse became a U.S. citizen<br>_ _ / _ _ / _ _ _ _ | 3. Place your spouse became a U.S. citizen *(Please see Instructions)*<br><br>City and State |
   |---|---|

E. If your spouse is NOT a U.S. citizen, give the following information :

   | 1. Spouse's Country of Citizenship<br>RUSSIA | 2. Spouse's INS "A"- Number *(If applicable)*<br>A 0 7 6 1 5 3 5 1 7 |
   |---|---|

   3. Spouse's Immigration Status
   | ☑ Lawful Permanent Resident | ☐ Other _____ |
   |---|---|

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
|  |  |  |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)*<br>_ _ / _ _ / _ _ _ _ | 4. Date Marriage Ended *(Month/Day/Year)*<br>_ _ / _ _ / _ _ _ _ |
|---|---|---|
| ☐ U.S. Citizen<br>☐ Lawful Permanent Resident<br>☐ Other _____ | 5. How Marriage Ended<br>☐ Divorce   ☐ Spouse Died   ☐ Other | |

G. How many times has your current spouse been married (including annulled marriages)?     1

   If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
   If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
|  |  |  |

| 2. Prior Spouse's Immigration Status | 3. Date of Marriage *(Month/Day/Year)*<br>_ _ / _ _ / _ _ _ _ | 4. Date Marriage Ended *(Month/Day/Year)*<br>_ _ / _ _ / _ _ _ _ |
|---|---|---|
| ☐ U.S. Citizen<br>☐ Lawful Permanent Resident<br>☐ Other _____ | 5. How Marriage Ended<br>☐ Divorce   ☐ Spouse Died   ☐ Other _____ | |

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 7 6 1 5 3 5 1 8 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 1 |
|---|

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| KATHERINE ALISON CHEMAKIN | 0 2/1 2/1 9 9 6 | A_____ | USA | 57 PARK TERRACE EAST, #B75 NEW YORK, NY 10034 |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |
| | __/__/____ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☑ No
2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☑ No
3. Have you **EVER** voted in any Federal, state, or local election in the United States? ☐ Yes ☑ No
4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? ☐ Yes ☑ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☑ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A" number here: |
|---|---|
| | A <u>0</u> <u>7</u> <u>6</u> <u>1</u> <u>5</u> <u>3</u> <u>5</u> <u>1</u> <u>8</u> |

**B. Affiliations**

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☐ Yes  ☑ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?    ☐ Yes  ☑ No

   b. Any other totalitarian party?    ☐ Yes  ☑ No

   c. A terrorist organization?    ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?    ☐ Yes  ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes  ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes  ☑ No

**C. Continuous Residence**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 7 6 1 5 3 5 1 8 |

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you EVER committed a crime or offense for which you were NOT arrested?    ☐ Yes ☑ No

16. Have you EVER been arrested (cited) or detained by any law enforcement officer (including INS and military officers) for any reason?    ☑ Yes ☐ No

17. Have you EVER been charged with committing any crime or offense?    ☐ Yes ☑ No

18. Have you EVER been convicted of a crime or offense?    ☐ Yes ☑ No

19. Have you EVER been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?    ☐ Yes ☑ No

20. Have you EVER received a suspended sentence, been placed on probation, or been paroled?    ☐ Yes ☑ No

21. Have you EVER been in jail or prison?    ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information. *please see Supplemental Information (Section 9)*

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, Jail, probation, etc.)* |
|---|---|---|---|
| TICKET FOR UNSEALED BEER | 02/09/2000 | NEW YORK, NY, USA | PAID $50 FINE |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you EVER:

    a. been a habitual drunkard?    ☐ Yes ☑ No

    b. been a prostitute, or procured anyone for prostitution?    ☐ Yes ☑ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?    ☐ Yes ☑ No

    d. been married to more than one person at the same time?    ☐ Yes ☑ No

    e. helped anyone enter or try to enter the United States illegally?    ☐ Yes ☑ No

    f. gambled illegally or received income from illegal gambling?    ☐ Yes ☑ No

    g. failed to support your dependents or to pay alimony?    ☐ Yes ☑ No

23. Have you EVER given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal?    ☐ Yes ☑ No

24. Have you EVER lied to any U.S. government official to gain entry or admission into the United States?    ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your INS "A"- number here:
A  0  7  6  1  5  3  5  1  8

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you EVER been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you EVER been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you EVER applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you EVER served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you EVER left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you EVER applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you EVER deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [_____]    Selective Service Number [__ / _____ / __]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes  ☐ No

| **Part 11. Your Signature** | Write your INS "A"- number here: |
| --- | --- |
| | A  0  7  6  1  5  3  5  1  8 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

| Your Signature | Date *(Month/Day/Year)* |
| --- | --- |
| | 02/14/2005 |

**Part 12. Signature of Person Who Prepared This Application for You** *(If applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
| --- | --- |

| Date *(Month/Day/Year)* | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
| --- | --- | --- |
| __ / __ / ____ | | ( ) |

| Preparer's Address - Street Number and Name | City | State | ZIP Code |
| --- | --- | --- | --- |

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ____ and the evidence submitted by me numbered pages 1 through ____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____    _____

| | Officer's Printed Name or Stamp | Date *(Month/Day/Year)* |

| Complete Signature of Applicant | Officer's Signature |
| --- | --- |

**Part 14. Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing , you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
| --- | --- |

SUPPLEMENTAL INFORMATION SHEET

N-400
A – 076153518
ILYA CHEMAKIN

EXPLANATION OF THE 'YES' ANSWER TO QUESTION 16 ON PAGE 8

ATTACHED PLEASE FIND A COPY OF THE TICKET ISSUED TO ME BY THE
NEW YORK CITY TRANSIT POLICE OFFICER WHO, ON MARCH 09 2000,
OBSERVED ME HOLDING AN UNSEALED ALCOHOL CONTAINER (BEER) ON
THE SUBWAY PLATFORM (A) IN PENN STATION, NEW YORK CITY, WHICH
WAS IN VIOLATION OF TRANSIT AUTHORITY RULE 1050 (7G) AND CARRIED
A CIVIL FINE OF FIFTY DOLLARS ($50). PLEASE ALSO FIND A COPY OF THE
RECEIPT CERTIFYING THAT I PAID THE FINE ON MAY 09 2000.

# TRANSIT ADJUDICATION BUREAU

VIOLATION NO.
T 081701979    Resp A

Notice of Violation and Hearing — New York City Transit Authority vs. Respondent

N.Y.C.T.A. RULE VIOLATION CHARGED [21 N.Y.C.R.R. PART 1050]

| 1 FARE EVASION | 2 OBSTRUCTION | 3 LITTER | 4 SMOKING | 6 DRINKING/UNSAFE |
| SEATING | SPIT | OPEN FLAME | ALCOHOL | RIDING |

RESPONDENT

Apr 10 - May 9

**MAILING LOCATION** | **OFFICE LOCATION**

Transit Adjudication Bureau
P.O. Box 02-9133
Brooklyn, NY 11202-9133

Transit Adjudication Bureau
505 Fulton Street 8th Floor
Brooklyn, NY 11201

**TELEPHONE NO.: (718) 237-2688**

Please read these instructions carefully. You must have a hearing or pay the full amount of your fine on or before the Hearing Date shown on this notice or you will be subject to additional penalties of up to $50.00.

**NOTE: PAYMENT WILL BE CREDITED ON THE DAY OF RECEIPT BY TAB. THE TRANSIT ADJUDICATION/BUREAU IS NOT RESPONSIBLE FOR POST OFFICE DELAYS.**

**TO PAY THE VIOLATION**

You may **PAY IN PERSON** and receive a cashier receipt on any business day between 8:00AM and 4:45PM at the office location listed above.

You may **PAY BY MAIL** by mailing a check or money order payable to the **TRANSIT ADJUDICATION BUREAU** to the mailing location listed above. DO NOT MAIL CASH.

Write your **VIOLATION NUMBER** on your check or money order.

Pay in person or by mail within 15 days.

**BY MAKING A FULL OR PARTIAL PAYMENT YOU ARE ADMITTING LIABILITY FOR THE FINE AND GIVING UP YOUR RIGHT TO A HEARING.**

**TO HAVE A HEARING**
**(CHOOSE ONE OF THE FOLLOWING)**

**APPEAR IN PERSON** between 8:30AM and 2:30PM at the office location listed above on any business day on or before the Hearing Date shown on the other side. Bring with you this Notice of Violation, and all documents and/or witnesses you wish to present. Persons under 18 years of age should appear with a parent or legal guardian. Interpreter services shall be made available to deaf persons at no charge (SAPA § 301 (2)(e)).

**OR REQUEST A HEARING BY MAIL** by completing the REQUEST FORM below. Mail this notice (with your signature below), a written statement of facts, sworn to before a Notary Public, and all evidence you wish to be considered, within 15 days to the mailing location listed above. By requesting a hearing by mail you waive your right to an in-person hearing.

**OR REQUEST AN ALTERNATE HEARING DATE** by calling the telephone number listed above within 15 days. Your alternate date must be within 30 days of the Hearing Date shown on this notice.

Warning: Pursuant to New York State Public Authorities Law, 1204(5)(a), the Transit Adjudication Bureau is empowered to impose fines to a maximum of $100 for violations of the T.A rules, with additional penalties of up to $50 for failure to respond within the stated time and/or manner.

HOW TO GET THERE: By Subway - 2 or 3 to Hoyt St., 4 or 5 to Nevins St., A, C, or G to Hoyt-Schermerhorn Sts., D, M, Q, or R to Dekalb Av., A,C or F to Jay St./Boro Hall. By Bus: The following buses stop within 3 blocks of 505 Fulton Street: B25, B26, B37, B38, B41, B45, B51, B52, B61, B67, B75 [illegible]

[illegible]

**REQUEST FOR HEARING BY MAIL**
**(DO NOT DETACH - SUBMIT ENTIRE SUMMONS)**

I plead not guilty. I request a hearing by mail and waive my right to an in-person hearing. I am enclosing this notice, a written statement of facts sworn to before a Notary Public and all evidence I wish to be considered. [illegible]

Name (print) ____ Initial ____

Address ____

City ____ State ____ Zip ____

☐ PROPERTY CONFISCATED / RARE MEDIA OR    TNA Telephone (with ☐)    ☐

Signature ____ Date ____

031 RESPONDENT

TRANSIT
ADJUDICATION BUREAU

10:16AM MAY 9/00
01-0001 002 DL
#2399? CLERK

#81701979
CASH $50.00
MDSE $50.00
TAX1 $0.00

*TTL $50.00
CASH $60.00
CHANGE $10.00
ITEM COUNT 1

(M)

# NOTICE OF DECISION AND ORDER
## TRANSIT ADJUDICATION BUREAU
NEW YORK CITY TRANSIT AUTHORITY
505 FULTON STREET, 6th Floor
BROOKLYN, NEW YORK 11201

Page __1__ of __1__

VIOLATION #: T 0 8 1 7 0 1 9 7 9          HEARING DATE: 05 09 00

**New York City Transit Authority**

Respondent Name: *Ilya Chemakin*

Address: *570 Ft Wash Ave #22B*

City: *N.Y.*   State: *N.Y.*   Zip Code: *10033*

[X] HEARING:  [X] Violation   [ ] Dismissal
[ ] ADJUDICATION BY MAIL:
    [ ] Violation   [ ] Dismissal
[ ] ADMINISTRATIVE DECISION

A Notice of Violation was purportedly served on the Respondent charging that on *2v 9/00* at *9:35* [ ] AM [X] PM the Respondent violated Transit Authority Rule 1050. *7g* (Amended to 1050. ____ ).

The Respondent [X] Appeared in Person  [ ] Appeared by Representative  [ ] Did Not Appear.

## I FIND THAT:
[X] The Notice of Violation is legally sufficient to establish a prima facie case of 1050. *7g* and that, for the reasons stated below, I find that the Transit Authority has
  [X] proven that the Respondent committed the violation charged by clear and convincing evidence and the violation is upheld.
  [ ] failed to prove that the Respondent committed the violation charged by clear and convincing evidence and the Notice of Violation is dismissed.
[ ] The Notice of Violation is not legally sufficient to establish a prima facie case of 1050. ____ and that, for the reasons stated below, the Notice of Violation is dismissed.

The Notice of Violation alleges that:

*P.O. observed respondent with an open container, 12 oz. Chimary Beer, on the express platform, (A) train line in subway system. Alcohol that is opened can't be possessed on TA property.*
*Resp states he bought a beer in Penn Station & it was opened by the vendor in concession & placed in bag. Resp. sipped it & then ran to catch the A train which he missed. As he searched for a garbage can on the platform, the P.O. stopped him. He states P.O. didn't know what was in bag until he told him. Based on resps admission to carrying an open container of beer into station, on TA property, his lack of any legally valid defenses, I must find him in*

[X] I order the Respondent to pay a CIVIL FINE of $ *50.00*.

Disposition Code: U P H

*violation of 1050.7g*

H.O. SIGNATURE: *L Singh*

HEARING OFFICER ID NUMBER: 1 1 9 8

DATE: 05 09 00

TAPE NO. *I*
SIDE NO. [X] A [ ] B

DIGIT COUNTER
START: 107   FINISH: 185

DATE SERVED/MAILED: *5 9 00*   BY: *M.N.* INITIALS OF CLERK

DATE ENTERED: *5 9 00*   BY: INITIALS OF CLERK

TAB-11232 (REV. 8/99)



**INSTRUCTIONS**

On the reverse side of this form is a copy of the Decision and Order issued by the Hearing Officer in the matter cited therein.

## PAYMENT OF FINE

The civil fine and any penalties imposed must be received WITHIN 30 DAYS OF THE HEARING DATE ON THE FRONT OF THIS NOTICE.

You may pay the civil fine and any penalties in person at the office of the Transit Adjudication Bureau, located at 505 Fulton Street, 6th Floor, Brooklyn, New York, between the hours of 8:00 A.M. and 4:30 P.M. on weekdays only or you may pay by sending a check or money order (NOT CASH), payable to the "Transit Adjudication Bureau" by mail to:

**Transit Adjudication Bureau**
**P.O. Box 02-9133**
**Brooklyn, N.Y. 11202**

Please write the nine-digit violation number found on the reverse side of this form on your check or money order.

## FAILURE TO PAY AS ORDERED MAY RESULT IN ADDITIONAL PENALTIES OF UP TO $50

## APPEAL

Any party may appeal the Decision and Order by serving a Notice of Appeal upon the Transit Adjudication Bureau at 505 Fulton Street, 6th Floor, Brooklyn, New York within 30 days of the hearing date on the front of this notice. Your appeal must be submitted on a NOTICE OF APPEAL form which is available at the office of the Transit Adjudication Bureau (718) 237-2666.

WARNING: Your Notice Of Appeal will not be accepted for filing by the Transit Adjudication Bureau unless full payment of the violation has been made, or, if filing by mail, full payment accompanies the Notice of Appeal. If your appeal is successful your payment will be refunded with 30 days of your appeal.

# NOTICE OF APPEARANCE

```
2000 MAY -9
RECEPTION - TIME STAMP
RESPONDENT APPEARED
```

```
2000 MAY -8  AM 8: 58
RECEPTION - TIME STAMP
RESPONDENT ASSIGNED
```

**New York City Transit Authority,**

Transit Adjudication Bureau
505 Fulton Street - 6th Floor
Brooklyn, NY 11201
Telephone (718) 237-2666

HO #1

Petitioner,

— against —

Ilya Chemakin
(Name of Respondent Listed on Violation)

VIOLATION # T 0 8 1 7 0 1 9 7 9

Ilya Chemakin
Your Name (please print)

570 Fort Washington Ave #22B
Your Address

New York          NY          10033
City                    State          Zip Code

(212) — 568-5455
Your Telephone Number

Your Signature

☒ You are the respondent
named on the Notice of Violation

☐ You are appearing as the attorney
for the Respondent.

☐ You are appearing as the
Parent/Legal Guardian of the Respondent.

☐ You are appearing as representative
of the Respondent in the
capacity of _____

### DO NOT WRITE IN THIS AREA:
### FOR OFFICIAL USE ONLY

**FOR HEARING OFFICER USE ONLY:**

The respondent and/or respresentative has
appeared before me on 05 / 09 / 00

L Swigh       H.O. Signature       11198   ID#

**FOR CLERICAL USE ONLY:**

☐ The aforementioned respondent and/or
representative appeared on the date
stamped above, but left before his/her
hearing.

Clerk Signature          Time

**FOR DATA ENTRY USE ONLY:**

Initials          Date Entered

TAB-0006 (REV. 7/99)

EXHIBIT C



Department of Justice
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | | |
|---|---|---|---|
| ESC*001374435 | | | |

| CASE TYPE | | | |
|---|---|---|---|
| N400 Application For Naturalization | | | |

| APPLICATION NUMBER | CASE TYPE | | |
|---|---|---|---|

Receipt with Exception

| NOTICE DATE | INS A# | | |
|---|---|---|---|
| February 28, 2005 | A 076 153 518 | | |

| RECEIVED DATE | PRIORITY DATE | PAGE | |
|---|---|---|---|
| February 17, 2005 | February 17, 2005 | 1 of 1 | |

PAYMENT INFORMATION:

ILYA CHAMAKIN
3935 BLACKSTONE AVE APT 81
BRONX NY 10471

APPLICANT NAME AND MAILING ADDRESS
ESC*001374435

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

"...llll...lll.l...ll..ll"

The above application has been received by our office and is in process, but has been noted with one or more of the following:

exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:

Date of Birth: November 19, 1968
Address Where You Live: 3935 BLACKSTONE AVE APT 81
                        BRONX NY 10471

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.

You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                                    INS Customer Service Number:
US IMMIGRATION AND NATURALIZATION SERVICE             (800) 375-5283
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

APPLICANT COPY

ESC*001374466

FORM I-797C (Rev. 08/31/04) N

**EXHIBIT D**

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | **NOTICE DATE**<br>September 22, 2005 |
| **CASE TYPE**<br>N400   Application For Naturalization | **INS A#**<br>A 076 153 518 |
| **APPLICATION NUMBER**<br>ESC*001374435 | **RECEIVED DATE**<br>February 17, 2005 | **PRIORITY DATE**<br>February 17, 2005 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ILYA CHAMAKIN
3935 BLACKSTONE AVE APT 8J
BRONX NY 10471

Please come to:
USCIS MANHATTAN CENTER
26 FEDERAL PLAZA
USCIS 7TH FLOOR ROOM RM7-700
MAIN ROOM
NEW YORK NY 10278
**On (Date):** Thursday, November 03, 2005
**At (Time):** 12:00 PM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING** the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
USCIS 7TH FLOOR ROOM 7-700
26 FEDERAL PLAZA
NEW YORK NY 10278-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



**EXHIBIT E**

US Department of Homeland Security
US Citizenship and Immigration Security
26 Federal Plaza, Room 7-10
Jarkson... New York, New York 0278

File No.: A0 761S3S3F

Officer: _____

Date: 11/3/05

Examination of your application (N-400) shows that additional information, documents or forms are needed before your application can be acted upon. Please *RETURN THIS LETTER WITH* REQUESTED INFORMATION and/or DOCUMENTS by:

*ALL DOCUMENTS MUST BE HAND DELIVERED BY* 12/5/05

*FAILURE TO DO SO MAY RESULT IN THE DENIAL OF YOUR APPLICATION*

____ BANK LETTER OR STATEMENT SHOWING JOINT BANK ACCOUNT FOR YEARS
____ CANCELED CHECKS SHOWING JOINT BANK ACCOUNT FOR YEARS
____ CREDIT CARD STATEMENTS
____ UTILITY BILLS (GAS, ELECTRIC, TELEPHONE, CABLE TV)
____ INSURANCE POLICY INDICATING SPOUSE AS BENEFICIARY
____ HEALTH INSURANCE POLICY SHOWING COVERAGE OF SPOUSE
____ LEASE AGREEMENT, MORTGAGE, OR DEED SHOWING JOINT OWNERSHIP
____ MARRIAGE CERTIFICATE
____ DIVORCE DECREE
____ BIRTH CERTIFICATE
____ SPOUSE'S NATURALIZATION CERTIFICATE
____ SPOUSE'S BIRTH CERTIFICATE
____ SPOUSE'S DEATH CERTIFICATE
____ BIRTH CERTIFICATE OF CHILD(REN)
____ LIST OF ALL TRIPS OUTSIDE OF THE UNITED STATES AND A COPY OF ALL PAGES OF ALL PASSPORTS
__X__ ALL ORIGINAL COURT CERTIFIED DISPOSITION(S), SENTENCE(S), AND PROOF OF FULFILLMENT OF SENTENCE(S) FOR ALL ARREST(S), EVEN IF EXPUNGED. IF NO RECORD IS FOUND, SUBMIT A CERTIFIED LETTER FROM COURT STATING THERE IS NO RECORD.
____ LETTER FROM WELFARE INDICATING HOW LONG YOU HAVE BEEN COLLECTING BENEFITS
____ 1040 TAX RETURNS WITH COPIES OF W-2 FORMS FOR THE FOLLOWING YEARS:
____ 1040 TAX RETURNS FROM THE PERSON WHO SUPPORTED YOU AND LISTED YOU AS A DEPENDANT FOR THE FOLLOWING YEARS:
____ FORM I-1722 FROM I.R.S. FOR THE FOLLOWING YEARS: (800) 828-8815 or (800) 829-1040
____ SELECTIVE SERVICE REGISTRATION NUMBER AND THE DATE REGISTERED FOR SELECTIVE SERVICE. Call (847) 688-6888
____ SELECTIVE SERVICE STATUS INFORMATION LETTER
__X__ AFFIDAVIT INDICATING WHY YOU DID NOT REGISTER FOR SELECTIVE SERVICE
____ PROOF OF CHILD SUPPORT IN FORM OF CHILD SUPPORT PAYMENTS, TAX RETURNS, LETTER FROM COURT
____ LETTER FROM YOUR CHURCH OR RELIGIOUS ORGANIZATION INDICATING THAT YOU ARE A MEMBER IN GOOD STANDING.
____ GOOD CONDUCT CERTIFICATE FROM 1 POLICE PLAZA, NY OR THE PRECINCT WHERE YOU HAVE RESIDED FOR THE LAST FIVE YEARS.
____ PHOTOS
____ OTHER

RECEIVE
NOV 1 0 2005
NATURALIZATION
Signature

Form N-14 (Rev. 9/16.97)

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 26152576

On 11/3/05 , you were interviewed by USCIS officer A. GABIN

- ☑ You passed the tests of English and U.S. history and government.
- ☐ You passed the tests of U.S. history and government and the English language requirement was waived.
- ☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- ☐ You will be given another opportunity to be tested on your ability to    speak/    read/    write English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- ☑ Please follow the instructions on Form N-14.
- ☐ USCIS will send you a written decision about your application.
- ☐ You did not pass the second and final test of your _____ English ability/ _____ Knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

**It is very important that you:** .

- ☑ Notify USCIS if you change your address.
- ☑ Come to any scheduled interview.
- ☑ Submit all requested documents.
- ☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.
- ☑ Go to any Oath Ceremony that you are scheduled to attend.
- ☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.**

Form N-652 (Rev. 01/14/05)N

# EXHIBIT F

Date: November 9 2005

From: Ilya Chemakin        **(A# 076-153-518)**
      3935 Blackstone Ave, Apt 8J
      Bronx, NY 10471
      718-601-8560 - home
      212-617-1527 - office
      917-328-2944 - cell

To:   USCIS, **Attention Officer A. Gabin**
      26 Federal Plaza, Room 7-100
      New York, NY 10278

RE:   Naturalization Application **ESC*001374435**


Dear Officer Gabin:

Per your instructions on Form N-14 (original attached), I hereby submit the following documents:

1. Disposition from the Transit Adjudication Bureau

2. Proof of child support in the form of notarized letter from my spouse Natalie Chemakin with ID (copy of her Permanent Resident Card)

Please contact me if you have any additional questions.


Respectfully,

Ilya Chemakin

From:  Natalie Chemakin
       57 Park Terrace East, Apt B75
       New York, NY 10034
       212-304-5150 (home)
       212-820-5977 (office)
       917-225-0730 (cell)

To:    USCIS, **Attention Officer A. Gabin**
       26 Federal Plaza, Room 7-100
       New York, NY 10278


Dear Officer Gabin:

This letter is to certify that my husband, Ilya Chemakin (A#076153518),
while living apart, provides full cooperation and support in all
matters concerning our daughter, Katherine Alison Chemakin. Being a
responsible father, Ilya Chemakin consistently provides monthly support
in the amount of $2000 (two thousand) US dollars, an amount mutually
negotiated and agreed upon. I would like to make it known that Ilya
never failed to deliver or fall behind on this agreement.

Generally, I would like to add, that Ilya is a good father, greatly
involved in his daughter's development. He sees his daughter Katherine
at least three times a week and the time he spends with her is filled
with educational and otherwise enriching activities.

Please do not hesitate to contact me with any questions you may have.

Respectfully,


                                                11/07/2005  *Chemakin*

Natalie Chemakin


**PERMANENT RESIDENT CARD**

NAME CHEMAKIN, NATALIE



INS A# 076-153-517
Birthday
04/23/
Country of Birth
Russia
CARD EXPIRES 04/23/09
Resident Since 10/19/99
Sex F

C1USA0761535178EAC9918653061<<
6804233F0909239RUS<<<<<<<<<<<0
CHEMAKIN<<NATALIE<<<<<<<<<<<<<

*I Natalie Chemakin
declare that this is
a true copy of my
Permanent Resident Card*

DOROTHY D. WEEKS
Notary Public, State of New York
No. 01WE6070282
Qualified in Kings County
Commission Expires February 25, 200_6_

635 Fulton Street 6th Floor
Brooklyn, NY 11201
Telephone: 347-643-5805

 **New York City Transit**
Transit Adjudication Bureau

November 10, 2005

Ilya N. Chemakin
3935 Blackstone Avenue, Apt #8J
Riverdale, New York 10471

Re: Ilya N. Chemakin, DOB: 11/19/1968

**Dear Mr. Chemakin:**

This is to serve notice that the above listed **has resolved** the following civil TAB Notices of Violation /s:

**CURRENT STATUS: Satisfied**

| Violation # | Issue Date | Offense |
|---|---|---|
| 081701979 | 02/09/00 | Drinking alcohol |

No other records were found in the name above.

Sincerely,

Nancy Roberts

**Nancy Roberts**
Supervisor, Inquiry

Cc: File

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
Peter S. Kalikow, Chairman

3/01

505 Fulton Street, 6th Floor
Brooklyn, NY 11201



**New York City Transit**
Transit Adjudication Bureau



TRANSIT ADJUDICATION BUREAU
505 FULTON STREET, 6th FLOOR
BROOKLYN, NEW YORK 11201
(347) 643-5805

Receipt    68716

Resp. Name: Two N Cherookio

Resp.Addr: 3035 Blackstone Ave. 83

Amount: Five    Dollars

081   701   979

For NOVs: Dispo. letter

Clerk Sig: 

Date: 11/3/05    $ 5.00 cash



# EXHIBIT G

**Name: Ilya Chemakin**

Appointment Type: Question about case

Confirmation No.: NYC-06-39348

Appointment Date: March 8, 2006

Authentication Code: 2cd5

Appointment Time: 8:45 AM

Location: 26 FEDERAL PLAZA, New York, NY 10278; Room 310

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

• **You must appear in person and bring photo identification along with this appointment letter.**
• Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
• **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**This is your Confirmation Number:**

*NYC-06-39348*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

*93382*



# U.S. Department of Homeland Security

Citizenship and Naturalization Service

*26 Federal Plaza*
*New York, NY 10278*

*March 8, 2006*

Re: A 76153518

Dear Mr. Sir/ Madam,

This will acknowledge receipt of your inquiry dated March 8, 2006  regarding the status of your application for naturalization.

Please be advised that his application is pending receipt for security checks.  Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful.  Thank you for your patience and cooperation in this matter.

Sincerely,

Julissa Pabon
Immigration Information Officer
Naturalization
New York District



# EXHIBIT H

**Department of Homeland Security**
**Citizenship and Immigration Services**

*A76 153 518*                                      *26 Federal Plaza*
                                                *New York, NY 10278*
**Hand Delivered**                                *May 24, 2006*

**Ilya Chamakin**
**3935 Blackstone Ave, apt 8-J**
**Bronx,  NY 10471**

**Dear Applicant:**

This will acknowledge receipt of your inquiry dated May 24,2006 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks.  Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful.  Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Naturalization Section
New York District

**EXHIBIT I**

Date:  May 29 2006

From:  Ilya Chemakin
       3935 Blackstone Ave, Apt 8J
       Bronx, NY 10471
       917-328-2944 (cell)

To:    Attention Officer A. Gabin
       USCIS
       26 Federal Plaza, Room 7-100
       New York, NY 10278

**RE:  Naturalization Case ESC\*001374435   (A# 076-153-518)**

Dear Officer Gabin:

I'm writing **to bring it to your attention that my last name is spelled incorrectly in the system** and to receive a status update. It has been over six months since my interview and from the time I supplied additional documentation you requested (copy of the receipt enclosed). In the past months I visited the USCIS twice (with INFOPASS) to check on the status, but did not receive satisfactory status update.

During my first visit on March 8 2006 (receipt enclosed) I discovered that my name was misspelled as 'CHAMAKIN'. The correct spelling is 'CHEMAKIN' and it appears this way on the documents I submitted. I brought this fact to the attention of the Immigration Information Officer Julissa Pabon who had me fill in an address change form and assured me that the spelling will be corrected. She also told me that my case is in the process of 'security name check', which led me to believe that the misspelling of my name could be the reason for delay.

I visited the USCIS office again on May 24 2006 and spoke to Immigration Information Officer C. Hernandez who told me that the case is still in the 'security check' stage. She issued me a receipt confirming my inquiry (see attached) on which my name was still spelled incorrectly.

Dear Officer Gabin – I'm bringing this matter to your attention in the hope that the correction can be made to expedite my case. I also respectfully request an update on the status of the case indicating when I can expect to hear the results. I thank you in advance for your help and look forward to hearing from you.

Sincerely,


Ilya Chemakin



7006 0100 0006 1659 9495

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Officer A. Gabin  USCIS
26 Federal Plaza, Rn 7-100
New York, NY 10278

Total Cost:
Base Rate:         4.64
                   0.39
SERVICES
Certified Mail     2.40
Rtn Recpt (Green Card) 1.85
7006010000061659495

Subtotal           4.64
Total              4.64

Cash               20.00
Change Due         15.36
Cash

Number of Items Sold: 1

New Postage Stamps Rates  39 cents
Just add .02 cents to your .37 cents
More information on new rates
Go to >>> USPS.com

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> x Ujarunulli  ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name)  C. Date of Delivery  6/12/06 |
| 1. Article Addressed to: <br><br> Officer A. Gabin <br> USCIS <br> 26 Federal Plaza, Rn 7-100 <br> New York, NY 10278 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7006 0100 0006 1659 9495 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

1047137l5l2

Ilya Chernaikin
3935 Blackstone Ave., #23
Bronx, NY 10471

• Sender: Please print your name, address, and ZIP+4 in this box •



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E   635405

RECEIVED FROM   *Jones Casado, LLP*   at

*07 CV 11129 (LAP)*

Fund
| | | | |
|---|---|---|---|
| 6855XX | Deposit Funds | | |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

INVOICE #86013
DATE\TIME: 12/10/2007 12:56:30 PM
CASHIER: JESSICA #2
STATION: 01
====================================
1  COMPLAINT 4/06                    $350.00
      086900    $60.
      510000    $190.00
      086400    $100.00
====================================
GRAND TOTAL                          $350.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK:   

| DATE: | Cash | Check | M.O. | Credit |
|---|---|---|---|---|
| 20 | | | | |