UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ILYA CHEMAKIN,

                Plaintiff,              **ECF CASE**

     v.

                                                07 Civ. 11129 (LAP)

MICHAEL CHERTOFF, et al.,

                Defendants.            <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          December 21, 2007

                                                        Respectfully submitted,

                                                        MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                   By:    /s/_____
                                                      NATASHA OELTJEN
                                                      Assistant United States Attorney
                                                      86 Chambers Street, 3rd Floor
                                                      New York, New York 10007
                                                      Telephone: (212) 637-2769
                                                      Facsimile: (212) 637-2786
                                                      Email: natalia.oeltjen@usdoj.gov

TO:    Kevin W. Jones, Esq.
          Jones, Casado LLP
          225 Broadway, Suite 1901
          New York, NY 10007