

U.S. Department of Justice **ORIGINAL**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

February 8, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

BY HAND

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

                Re:    Chemakin v. Chertoff
                        07 Civ. 11129 (LAP)

Dear Judge Preska:

     I am writing to request leave to extend the Government's period to answer, move, or otherwise respond to Petitioner's complaint for one week, until February 15, 2008. The Government's answer was initially due today, February 8, 2008. However, I heard today from counsel for Petitioner, Kevin Jones, Esq., that he is willing to stipulate to dismiss this case as moot. This case concerns a challenge to the delay in the adjudication of an application for naturalization, and that application has now been granted. I have sent Attorney Jones, who is currently out of town, a proposed stipulation. He indicated to me that he would return a signed stipulation to me early next week. Pursuant to the advice of Chambers, I am writing to request this brief extension in light of this development.

     I thank the Court for its attention to this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
NATASHA OELTJEN
Assistant United States Attorney
Tel. No.: (212) 637-2769

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 13, 2008

RECEIVED
FEB 11 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Page 2

February 8, 2008

cc:   BY REGULAR MAIL

      Kevin W. Jones, Esq.
      Jones, Casado LLP
      225 Broadway, Suite 1901
      New York, NY 10007
      Tel. No. (212) 334-4577