UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ILYA CHEMAKIN,

            Petitioner,

- against -

MICHAEL CHERTOFF, EMILIO GONZALES, MARY ANN GANTNER; ROBERT MUELLER,

            Respondents.

Docket No. 07 Civ. 11129 (LAP)
A76-153-518

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

Orlando, Florida
February 12, 2008

JONES, CASADO LLP
Attorneys for Petitioner

_/s/ Kevin W. Jones_
Kevin W. Jones, Esq.
225 Broadway, Suite 1901
New York, New York 10007
Tel.  (212) 334-4577
Fax  (212) 766-2298

New York, New York
February 12, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_/s/ Natasha Oeltjen_
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

February 20, 2008

Hon. Loretta A. Preska
United States District Judge

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
_/s/ Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

— page 1 of 1 —

A76-153-518